| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Annette K. Neal |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Maryland (State) |
| Case number | 18-19433 |

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Brackenridge Mortgage Trust

**Court claim no. (if known):** 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 6029

**Property Address:** 2508 Jameson Street
Number       Street
Temple Hills, MD 20748
City          State    Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 8/1/23-11/1/23 4@894.48    (a) $ 3577.92
b. Total fees, charges, expenses, escrow, and cost outstanding:    + (b) $ 500.00
c. **Total**. Add lines a and b.    (c) $ 4077.92

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    08 / 01 / 2023    Less Suspense (703.69)
MM/ DD /YYYY    Total Due =3,374.23

Official Form 4100R   Response to Notice of Final Cure Payment   Page 1

| Debtor 1 | Annette K. Neal | | | Case Number (if known) | 18-19433 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Hugh Andrew Smith             Date 11/28/2023
  Signature

| Print: | Hugh Andrew Smith, | Bar No. MDBN 2305170002 | Title | Bankruptcy Attorney |
|---|---|---|---|---|
| | First name   Middle Name   Last name | | | |

Company    MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3550 Engineering Drive, Suite 260
           Number       Street

           Peachtree Corners, GA 30092
           City        State      Zip Code

Contact phone   404-474-7149        Email:    hsmith@mtglaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Annette K. Neal
2508 Jameson Street
Temple Hills, MD 20748

**Via CM/ECF electronic service:**
Natalie Smith Walker
Webster & Fredrickson, PLLC
1101 Connecticut Avenue, NW
Ste 402
Washington, DC 20036

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

Dated: November 28, 2023

                                            Respectfully submitted,
                                            By: /s/ Hugh Andrew Smith
                                            Hugh Andrew Smith, MDBN 2305170002
                                            MCMICHAEL TAYLOR GRAY, LLC
                                            Attorney for Creditor
                                            3550 Engineering Drive, Suite 260
                                            Peachtree Corners, GA 30092
                                            Telephone: 404-474-7149
                                            Facsimile: 404-745-8121
                                            E-mail: hsmith@mtglaw.com
                                            MTG File No.: 23-001642-02

| | | Neal, Annette | | | | Interest Method: | Arrears | | Chapter 13 BK Reconciliation - ARR Set-Up | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest Rate: | 4.125% | | Trustee has Disbursed all Arrears - Borrower Pays Ongoing | | | | | | | | | | |
| Date rec'd | Days | Date Due/ Description | Total Pd. | P&I Amount Posted | Mo Acc Int. | Cum Acc Int. | Pd. Interest | Principal | Escrow Balance | Escrow pmt/ Disb | Arrearage Balance | Arrearage pmt/ Disb | APO Balance | APO Pmt/ Disb | Late Chg Bal | Late Chg Pmt/ Disb | Suspense | Prin. Bal. |
| 07/17/2018 | | BK FILE DATE | | | | 0.00 | | | (4,840.29) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 113,933.62 |
| 07/17/2018 | | 04/01/2017 - 07/01/2018 | 8,011.84 | 8,011.84 | 0.00 | 6,220.62 | 6,220.62 | 1,791.22 | (4,840.29) | 0.00 | (8011.84) | (8011.84) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,142.40 |
| 07/17/2018 | | Escrow Deficieicny | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,840.29) | 0.00 | (12852.13) | (4840.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,142.40 |
| 07/17/2018 | | Escrow Shortage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,840.29) | 0.00 | (15023.19) | (2171.06) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,142.40 |
| 07/17/2018 | | Ps Corp Adv. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,840.29) | 0.00 | (19631.27) | (4608.08) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,142.40 |
| 07/17/2018 | | *Mr. Cooper* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,840.29) | 0.00 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,142.40 |
| 07/31/2018 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,876.38) | (36.09) | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,142.40 |
| 08/01/2018 | | Borrower Payment | 958.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,876.38) | 0.00 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 958.27 | 112,142.40 |
| 08/08/2018 | | Borrower Payment NSF'd | (958.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,876.38) | 0.00 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,142.40 |
| 09/04/2018 | 30 | 08/01/2018 | 958.27 | 500.74 | 385.49 | 385.49 | 385.49 | 115.25 | (4,442.18) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.33 | 112,027.15 |
| 09/10/2018 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,056.54) | (1,614.36) | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.33 | 112,027.15 |
| 10/31/2018 | 30 | 09/01/2018 | 958.27 | 500.74 | 385.09 | 385.09 | 385.09 | 115.65 | (5,622.34) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.66 | 111,911.50 |
| 11/30/2018 | 30 | 10/01/2018 | 960.00 | 500.74 | 384.70 | 384.70 | 384.70 | 116.04 | (5,188.14) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71.72 | 111,795.46 |
| 12/10/2018 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,802.49) | (1,614.35) | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71.72 | 111,795.46 |
| 12/31/2018 | 30 | 11/01/2018 | 960.00 | 500.74 | 384.30 | 384.30 | 384.30 | 116.44 | (6,368.29) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.78 | 111,679.02 |
| 01/31/2019 | 30 | 12/01/2018 | 960.00 | 500.74 | 383.90 | 383.90 | 383.90 | 116.84 | (5,934.09) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 121.84 | 111,562.17 |
| 02/28/2019 | 30 | 01/01/2019 | 960.00 | 500.74 | 383.49 | 383.49 | 383.49 | 117.25 | (5,499.89) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.90 | 111,444.93 |
| 04/01/2019 | 30 | 02/01/2019 | 934.94 | 500.74 | 383.09 | 383.09 | 383.09 | 117.65 | (5,065.69) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.90 | 111,327.28 |
| 04/09/2019 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,529.69) | (2,464.00) | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.90 | 111,327.28 |
| 04/30/2019 | 30 | 03/01/2019 | 934.94 | 500.74 | 382.69 | 382.69 | 382.69 | 118.05 | (7,095.49) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.90 | 111,209.23 |
| 05/31/2019 | 30 | 04/01/2019 | 934.94 | 500.74 | 382.28 | 382.28 | 382.28 | 118.46 | (6,661.29) | 434.20 | (19631.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.90 | 111,090.77 |
| 06/11/2019 | | Arrears Payment | 19,631.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,661.29) | 0.00 | 0.00 | 19631.27 | 0.00 | 0.00 | 0.00 | 0.00 | 146.90 | 111,090.77 |
| 06/30/2019 | 30 | 05/01/2019 | 934.94 | 500.74 | 381.87 | 381.87 | 381.87 | 118.87 | (6,227.09) | 434.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.90 | 110,971.90 |
| 07/31/2019 | 30 | 06/01/2019 | 978.14 | 500.74 | 381.47 | 381.47 | 381.47 | 119.27 | (5,792.89) | 434.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.10 | 110,852.63 |
| 08/28/2019 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,548.90) | (1,756.01) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.10 | 110,852.63 |
| 08/28/2019 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,584.99) | (36.09) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.10 | 110,852.63 |
| 08/31/2019 | 30 | 07/01/2019 | 978.14 | 500.74 | 381.06 | 381.06 | 381.06 | 119.68 | (7,107.59) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.10 | 110,732.94 |
| 09/30/2019 | 30 | 08/01/2019 | 978.14 | 500.74 | 380.64 | 380.64 | 380.64 | 120.10 | (6,630.19) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.10 | 110,612.85 |
| 11/06/2019 | | *Rushmore Loan Management Services LLC* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,630.19) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.10 | 110,612.85 |
| 11/13/2019 | 30 | 09/01/2019 | 978.14 | 500.74 | 380.23 | 380.23 | 380.23 | 120.51 | (6,152.79) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.10 | 110,492.34 |
| 11/13/2019 | 30 | 10/01/2019 | 1,042.00 | 500.74 | 379.82 | 379.82 | 379.82 | 120.92 | (5,675.39) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 253.96 | 110,371.42 |
| 11/29/2019 | 30 | 11/01/2019 | 934.94 | 500.74 | 379.40 | 379.40 | 379.40 | 121.34 | (5,197.99) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 210.76 | 110,250.08 |
| 12/11/2019 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,953.99) | (1,756.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 210.76 | 110,250.08 |
| 12/31/2019 | 30 | 12/01/2019 | 934.94 | 500.74 | 378.98 | 378.98 | 378.98 | 121.76 | (6,476.59) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 167.56 | 110,128.32 |
| 12/31/2019 | | Interest on Escrow | 19.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,457.03) | 19.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 167.56 | 110,128.32 |
| 01/31/2020 | 30 | 01/01/2020 | 878.14 | 500.74 | 378.57 | 378.57 | 378.57 | 122.17 | (5,979.63) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67.56 | 110,006.15 |
| 02/28/2020 | | Borrower Payment | 878.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,979.63) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 945.70 | 110,006.15 |
| 03/31/2020 | 30 | 02/01/2020 | 1,001.75 | 500.74 | 378.15 | 378.15 | 378.15 | 122.59 | (5,502.23) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 969.31 | 109,883.56 |
| 04/30/2020 | 30 | 03/01/2020 | 1,001.75 | 500.74 | 377.72 | 377.72 | 377.72 | 123.02 | (5,024.83) | 477.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,760.54 |
| 05/29/2020 | 30 | 04/01/2020 | 1,001.75 | 500.74 | 377.30 | 377.30 | 377.30 | 123.44 | (4,523.82) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,637.10 |
| 06/02/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,572.67) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,637.10 |
| 06/03/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,621.52) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,637.10 |
| 06/05/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,670.37) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,637.10 |
| 06/30/2020 | 30 | 05/01/2020 | 1,001.75 | 500.74 | 376.88 | 376.88 | 376.88 | 123.86 | (4,169.36) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,513.24 |
| 07/07/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,218.21) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,513.24 |
| 07/31/2020 | 30 | 06/01/2020 | 1,001.75 | 500.74 | 376.45 | 376.45 | 376.45 | 124.29 | (3,717.20) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,388.95 |
| 08/05/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,766.05) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,388.95 |
| 08/31/2020 | 30 | 07/01/2020 | 1,001.75 | 500.74 | 376.02 | 376.02 | 376.02 | 124.72 | (3,265.04) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,264.24 |
| 08/31/2020 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,162.72) | (1,897.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,264.24 |
| 09/02/2020 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,198.81) | (36.09) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,264.24 |
| 09/07/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,247.66) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,264.24 |
| 09/30/2020 | 30 | 08/01/2020 | 1,001.75 | 500.74 | 375.60 | 375.60 | 375.60 | 125.14 | (4,746.65) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,139.09 |
| 10/06/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,795.50) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,139.09 |
| 10/30/2020 | 30 | 09/01/2020 | 1,001.75 | 500.74 | 375.17 | 375.17 | 375.17 | 125.57 | (4,294.49) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,013.52 |
| 11/05/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,343.34) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 109,013.52 |
| 11/30/2020 | 30 | 10/01/2020 | 1,001.75 | 500.74 | 374.73 | 374.73 | 374.73 | 126.01 | (3,842.33) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,887.51 |
| 12/03/2020 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,740.00) | (1,897.67) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,887.51 |
| 12/07/2020 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,788.85) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,887.51 |
| 12/31/2020 | 30 | 11/01/2020 | 1,001.75 | 500.74 | 374.30 | 374.30 | 374.30 | 126.44 | (5,287.84) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,761.07 |
| 12/31/2020 | | Interest on Escrow | 82.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,205.24) | 82.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,761.07 |
| 01/05/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,254.09) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,761.07 |
| 01/29/2021 | 30 | 12/01/2020 | 1,001.75 | 500.74 | 373.87 | 373.87 | 373.87 | 126.87 | (4,753.08) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,634.20 |
| 02/05/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,801.93) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,634.20 |
| 02/26/2021 | 30 | 01/01/2021 | 1,001.75 | 500.74 | 373.43 | 373.43 | 373.43 | 127.31 | (4,300.92) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,506.89 |
| 03/05/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,349.77) | (48.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 992.92 | 108,506.89 |
| 03/31/2021 | 30 | 02/01/2021 | 868.88 | 500.74 | 372.99 | 372.99 | 372.99 | 127.75 | (3,848.76) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 860.05 | 108,379.14 |
| 04/07/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,908.01) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 860.05 | 108,379.14 |
| 04/30/2021 | 30 | 03/01/2021 | 868.88 | 500.74 | 372.55 | 372.55 | 372.55 | 128.19 | (3,407.00) | 501.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 108,250.96 |
| 05/05/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,466.25) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 108,250.96 |
| 05/28/2021 | 30 | 04/01/2021 | 868.88 | 500.74 | 372.11 | 372.11 | 372.11 | 128.63 | (3,098.11) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 108,122.33 |
| 06/07/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,157.36) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 108,122.33 |
| 06/30/2021 | 30 | 05/01/2021 | 868.88 | 500.74 | 371.67 | 371.67 | 371.67 | 129.07 | (2,789.22) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,993.26 |
| 07/07/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,848.47) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,993.26 |
| 07/30/2021 | 30 | 06/01/2021 | 868.88 | 500.74 | 371.23 | 371.23 | 371.23 | 129.51 | (2,480.33) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,863.75 |
| 08/05/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,539.58) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,863.75 |
| 08/31/2021 | 30 | 07/01/2021 | 868.88 | 500.74 | 370.78 | 370.78 | 370.78 | 129.96 | (2,171.44) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,733.79 |
| 09/08/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,230.69) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,733.79 |
| 09/20/2021 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,268.27) | (37.58) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,733.79 |
| 09/20/2021 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,213.26) | (1,944.99) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,733.79 |
| 09/30/2021 | 30 | 08/01/2021 | 868.88 | 500.74 | 370.33 | 370.33 | 370.33 | 130.41 | (3,845.12) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,603.38 |
| 10/05/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,904.37) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,603.38 |
| 10/29/2021 | 30 | 09/01/2021 | 868.88 | 500.74 | 369.89 | 369.89 | 369.89 | 130.85 | (3,536.23) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,472.53 |
| 11/05/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,595.48) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,472.53 |
| 11/30/2021 | 30 | 10/01/2021 | 868.88 | 500.74 | 369.44 | 369.44 | 369.44 | 131.30 | (3,227.34) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,341.23 |
| 12/06/2021 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,172.33) | (1,944.99) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,341.23 |
| 12/07/2021 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,231.58) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,341.23 |
| 12/31/2021 | | Interest on Escrow | 6.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,225.11) | 6.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,341.23 |
| 01/03/2022 | | Borrower Payment to Suspense | 868.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,225.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,596.06 | 107,341.23 |
| 01/07/2022 | | Borrower Payment NSF'd | (868.88) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,225.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,341.23 |
| 01/05/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,284.36) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,341.23 |
| 01/31/2022 | 30 | 11/01/2021 | 868.88 | 500.74 | 368.99 | 368.99 | 368.99 | 131.75 | (4,916.22) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,209.47 |
| 02/07/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,975.47) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,209.47 |
| 02/28/2022 | 30 | 12/01/2021 | 868.88 | 500.74 | 368.53 | 368.53 | 368.53 | 132.21 | (4,607.33) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,077.26 |
| 03/07/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,666.58) | (59.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 107,077.26 |
| 03/31/2022 | 30 | 01/01/2022 | 868.88 | 500.74 | 368.08 | 368.08 | 368.08 | 132.66 | (4,298.44) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 106,944.60 |
| 04/12/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,356.87) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 727.18 | 106,944.60 |
| 04/29/2022 | 30 | 02/01/2022 | 887.29 | 500.74 | 367.62 | 367.62 | 367.62 | 133.12 | (3,988.73) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 745.59 | 106,811.48 |
| 05/05/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,047.16) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 745.59 | 106,811.48 |
| 06/01/2022 | 30 | 03/01/2022 | 887.29 | 500.74 | 367.16 | 367.16 | 367.16 | 133.58 | (3,679.02) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,677.91 |
| 06/07/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,737.45) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,677.91 |
| 07/01/2022 | | Borrower Payment | 887.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,737.45) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,651.29 | 106,677.91 |
| 07/06/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,795.88) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,651.29 | 106,677.91 |
| 07/07/2022 | | Borrower Payment NSF'd | (887.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,795.88) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,677.91 |
| 08/05/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,854.31) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,677.91 |
| 08/31/2022 | 30 | 04/01/2022 | 887.29 | 500.74 | 366.71 | 366.71 | 366.71 | 134.03 | (3,467.76) | 386.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,543.87 |
| 09/07/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,526.19) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,543.87 |
| 09/14/2022 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,518.47) | (1,992.28) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,543.87 |
| 09/16/2022 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,557.54) | (39.07) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,543.87 |
| 09/30/2022 | | Borrower Payment | 887.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,557.54) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,651.29 | 106,543.87 |
| 10/05/2022 | | Borrower Payment NSF'd | (887.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,557.54) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,543.87 |
| 10/05/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,615.97) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,543.87 |
| 11/07/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,674.40) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.00 | 106,543.87 |
| 11/17/2022 | 30 | 05/01/2022 | 888.00 | 500.74 | 366.24 | 366.24 | 366.24 | 134.50 | (5,287.85) | 386.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.71 | 106,409.38 |
| 12/06/2022 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,346.28) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.71 | 106,409.38 |
| 12/09/2022 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,338.55) | (1,992.27) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 764.71 | 106,409.38 |
| 12/15/2022 | 30 | 06/01/2022 | 888.00 | 500.74 | 365.78 | 365.78 | 365.78 | 134.96 | (6,970.41) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 783.83 | 106,274.42 |

| Date | | Description | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Col14 | Col15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2022 | | Interest on Escrow | 19.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,950.50) | 19.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 783.83 | 106,274.42 |
| 01/05/2023 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,008.93) | (58.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 783.83 | 106,274.42 |
| 01/12/2023 | 30 | 07/01/2022 | 888.00 | 500.74 | 365.32 | 365.32 | 365.32 | 135.42 | (6,640.79) | 368.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 802.95 | 106,139.00 |
| 02/07/2023 | | *Consent Order* | *0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,640.79) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 802.95 | 106,139.00 |
| 02/07/2023 | | *08/01/2022 - 09/01/2022 Unaccounted for PMTS* | *1,001.48* | 1,001.48 | 0.00 | 729.24 | 729.24 | 272.24 | (6,640.79) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 802.95 | 105,866.76 |
| 02/07/2023 | | *10/01/2022 - 02/01/2023* | *2,503.70* | 2,503.70 | 0.00 | 1,814.87 | 1,814.87 | 688.83 | (6,640.79) | 0.00 | 0.00 | 0.00 | (2503.70) | (2503.70) | 0.00 | 0.00 | 802.95 | 105,177.93 |
| 02/07/2023 | | *APO Escrow* | *0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,640.79) | 0.00 | 0.00 | 0.00 | (4436.45) | (1932.75) | 0.00 | 0.00 | 802.95 | 105,177.93 |
| 02/07/2023 | | *Attorney Fees & Costs* | *0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,640.79) | 0.00 | 0.00 | 0.00 | (5674.45) | (1238.00) | 0.00 | 0.00 | 802.95 | 105,177.93 |
| 02/07/2023 | | *Suspense Balance* | *0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,640.79) | 0.00 | 0.00 | 0.00 | (5210.44) | 464.01 | 0.00 | 0.00 | 338.94 | 105,177.93 |
| 02/07/2023 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,699.22) | (58.43) | 0.00 | 0.00 | (5210.44) | 0.00 | 0.00 | 0.00 | 338.94 | 105,177.93 |
| 03/07/2023 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,757.65) | (58.43) | 0.00 | 0.00 | (5210.44) | 0.00 | 0.00 | 0.00 | 338.94 | 105,177.93 |
| 03/13/2023 | 30 | 03/01/2023 | 888.00 | 500.74 | 361.55 | 361.55 | 361.55 | 139.19 | (6,389.51) | 368.14 | 0.00 | 0.00 | (5210.44) | 0.00 | 0.00 | 0.00 | 358.06 | 105,038.74 |
| 03/13/2023 | | Borrower Payment | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,389.51) | 0.00 | 0.00 | 0.00 | (5210.44) | 0.00 | 0.00 | 0.00 | 858.06 | 105,038.74 |
| 03/13/2023 | | APO Payment (03/15/2023) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,389.51) | 0.00 | 0.00 | 0.00 | (4631.50) | 578.94 | 0.00 | 0.00 | 279.12 | 105,038.74 |
| 04/05/2023 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,447.51) | (58.00) | 0.00 | 0.00 | (4631.50) | 0.00 | 0.00 | 0.00 | 279.12 | 105,038.74 |
| 04/19/2023 | 30 | 04/01/2023 | 1,338.00 | 500.74 | 361.07 | 361.07 | 361.07 | 139.67 | (6,060.96) | 386.55 | 0.00 | 0.00 | (4631.50) | 0.00 | 0.00 | 0.00 | 729.83 | 104,899.07 |
| 04/19/2023 | | APO Payment (04/15/2023) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,060.96) | 0.00 | 0.00 | 0.00 | (4052.56) | 578.94 | 0.00 | 0.00 | 150.89 | 104,899.07 |
| 05/05/2023 | | Insurance Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,118.96) | (58.00) | 0.00 | 0.00 | (4052.56) | 0.00 | 0.00 | 0.00 | 150.89 | 104,899.07 |
| 05/12/2023 | 30 | 05/01/2023 | 1,388.00 | 500.74 | 360.59 | 360.59 | 360.59 | 140.15 | (5,725.22) | 393.74 | 0.00 | 0.00 | (4052.56) | 0.00 | 0.00 | 0.00 | 644.41 | 104,758.92 |
| 05/12/2023 | | APO Payment (05/15/2023) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,725.22) | 0.00 | 0.00 | 0.00 | (3473.62) | 578.94 | 0.00 | 0.00 | 65.47 | 104,758.92 |
| 05/17/2023 | | Interest on Escrow | 56.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,668.56) | 56.66 | 0.00 | 0.00 | (3473.62) | 0.00 | 0.00 | 0.00 | 65.47 | 104,758.92 |
| 05/24/2023 | | *SN Servicing* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,668.56) | 0.00 | 0.00 | 0.00 | (3473.62) | 0.00 | 0.00 | 0.00 | 65.47 | 104,758.92 |
| 06/21/2023 | 30 | 06/01/2023 | 1,388.00 | 500.74 | 360.11 | 360.11 | 360.11 | 140.63 | (5,274.82) | 393.74 | 0.00 | 0.00 | (3473.62) | 0.00 | 0.00 | 0.00 | 558.99 | 104,618.29 |
| 06/21/2023 | | Borrower Payment | 1,388.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,274.82) | 0.00 | 0.00 | 0.00 | (3473.62) | 0.00 | 0.00 | 0.00 | 1,946.99 | 104,618.29 |
| 06/21/2023 | | APO Payment (06/15/2023) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,274.82) | 0.00 | 0.00 | 0.00 | (2894.68) | 578.94 | 0.00 | 0.00 | 1,368.05 | 104,618.29 |
| 07/14/2023 | | APO Payment (07/15/2023) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,274.82) | 0.00 | 0.00 | 0.00 | (2315.74) | 578.94 | 0.00 | 0.00 | 789.11 | 104,618.29 |
| 08/17/2023 | 30 | 07/01/2023 | 1,388.00 | 500.74 | 359.63 | 359.63 | 359.63 | 141.11 | (4,881.08) | 393.74 | 0.00 | 0.00 | (2315.74) | 0.00 | 0.00 | 0.00 | 1,282.63 | 104,477.17 |
| 08/17/2023 | | APO Payment (08/15/2023) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,881.08) | 0.00 | 0.00 | 0.00 | (1736.80) | 578.94 | 0.00 | 0.00 | 703.69 | 104,477.17 |
| 08/30/2023 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,921.63) | (40.55) | 0.00 | 0.00 | (1736.80) | 0.00 | 0.00 | 0.00 | 703.69 | 104,477.17 |
| 09/05/2023 | | Tax Disbursal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,961.22) | (2,039.59) | 0.00 | 0.00 | (1736.80) | 0.00 | 0.00 | 0.00 | 703.69 | 104,477.17 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,961.22) | 0.00 | 0.00 | 0.00 | (1736.80) | 0.00 | 0.00 | 0.00 | 703.69 | 104,477.17 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,961.22) | 0.00 | 0.00 | 0.00 | (1736.80) | 0.00 | 0.00 | 0.00 | 703.69 | 104,477.17 |
| | | *APO Escrow to Escrow* | *1,698.17* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,263.05) | 1,698.17 | 0.00 | 0.00 | (1736.80) | 0.00 | 0.00 | 0.00 | 703.69 | 104,477.17 |
| | | *ARR Escrow to Escrow* | *7,011.35* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,748.30 | 7,011.35 | 0.00 | 0.00 | (1736.80) | 0.00 | 0.00 | 0.00 | 703.69 | 104,477.17 |
| | | *Reclass ARR Escrow to Escrow* | *0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,748.30 | 0.00 | 0.00 | 0.00 | (1736.80) | 0.00 | 0.00 | 0.00 | 703.69 | 104,477.17 |
| | | *Post-Pet Due For: 08/01/2023* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,748.30 | 0.00 | 0.00 | 0.00 | (1736.80) | 0.00 | 0.00 | 0.00 | 703.69 | 104,477.17 |